IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AUNDRIA BRYANT BRANCH,**

    **Petitioner,**

v.                                       Case No. 4:22-cv-112-AW-MAF

**WARDEN ERIKA STRONG,**

    **Respondent.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's June 6, 2022 report and recommendation. ECF No. 9. I have also considered de novo the issues raised in Petitioner's objection. ECF No. 10.

The report and recommendation concluded that the case should be dismissed for Petitioner's failure to comply with an order directing her to submit service copies of her amended petition. The objection says COVID has made things difficult at Petitioner's facility and that there is "limited access to get legal copies or legal aid." ECF No. 10 at 1. But Petitioner never specifically says she could not comply with the court's order and provide copies. Moreover, in responding to the magistrate judge's show-cause order, she did not assert any difficulty in obtaining copies. *Cf. Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009) (holding "that a district court has discretion to decline to consider a party's argument when that argument was not first presented to the magistrate judge").

1

The objection also argues, in part, the merits of the petition. But even if the petition had merit, that would not excuse the failure to comply with the court's order.

It is now ORDERED:

1. The report and recommendation (ECF No. 9) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "The petition is dismissed without prejudice for failure to comply with a court order."

3. The clerk will then close the file.

SO ORDERED on July 8, 2022.

                                                s/ *Allen Winsor*  
                                                United States District Judge